IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:22-CV-199-BO-KS

|  |  |  |
|---|---|---|
| GREGORY OXENDINE as Administrator of the Estate of Matthew Oxendine, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| GARRETT PAUL HUNT, BRIAN JEFFERSON CHAVIS, COLIN DEEN HUNT, STEVEN LEWIS, STEPHEN SHAINE HUNT, JASON GEORGE ANDREWS, each in their individual capacities, SHERIFF BURNIS WILKINS, in his official capacity, and WESTERN SURETY BONDING COMPANY, as Surety for Sheriff Burnis Wilkins, | ) ) ) ) ) ) ) ) ) ) ) ) | **CONSENT PROTECTIVE ORDER** |
| Defendants. | ) | |

Counsel for the parties herein and the North Carolina State Bureau of Investigation (hereinafter "SBI") stipulate to the entry of this Protective Order allowing release of SBI File No. 2021-00066 to counsel for the parties herein based upon the following facts and conditions:

1. The parties, in the course of this action, have requested the release of the SBI investigative file into the incident which occurred on January 9, 2021 regarding Matthew Oxendine.

2. The SBI investigative file appears to be material and relevant to the subject matter involved in this matter.

3. The following definitions apply herein:

   a. "SBI Report" refers to the materials contained in SBI File No. 2021-00066, including, but not limited to, any statements, photographs and/or videos taken in conjunction with the investigation into the aforementioned death.

   b. "Document" means all writings, drawings, graphs, charts, recordings, and any other documents as defined in Rule 34 of the Federal Rules of Civil Procedure.

c. "Material" means any document, any answer to any interrogatory or other discovery request in this action, any portion of any deposition (including deposition exhibits) in this action, and any other information produced, given, or filed in this action.

d. "Parties" means Plaintiffs and Defendants in this action.

4. Counsel for the SBI, after reviewing this file and related documents, has determined that the SBI has no objection to producing the SBI Report to the parties for the following reasons:

a. No policy reason exists for denial of the request of the parties for production of this material.

b. There is no prejudice to the SBI by releasing this material.

c. There are no identities of persons contained in this material which need to be protected, and

d. Any criminal investigation which might have been the subject of this file has been concluded.

e. The interests of the State of North Carolina are not prejudiced in any way by the release of the SBI Report to counsel for Plaintiff and Defendants.

5. Except as may be otherwise provided by further order of the Court, documents contained within the SBI Report shall be used for no purpose other than prosecuting or defending this action and shall be disclosed only to the persons identified below.

a. The Court and its staff.

b. The parties and attorneys of record for the parties, and their legal assistants; other staff members, and law student clerks; insurers, their agents and employees; outside companies engaged by attorneys for the parties to photocopy such documents.

c. Any potential or actual deposition or trial witness when the documents are materially related to the questions asked to or testimony of such witness.

d. Mediators.

e. Consultants and technical experts involved in the preparation of this action.

f. Court reporters, their transcribers, assistants and employees.

g. The jury and trier of fact.

4874-7753-7626, v. 1

unless authorized by the court,

6.     In addition, the above individuals and entities that are permitted access to the SBI Report materials and information are hereby ordered not to show, convey or reproduce any documents so designated or parts thereof, or copies thereof, or any matter contained therein, or any extracts or summaries thereof, to any individual, or to any entity that would not otherwise have access to said documents under the provisions of this Protective Order, except to the qualified persons listed above.

7.     Counsel may make copies of material contained within the SBI Report for Plaintiffs or Defendants' experts upon receiving from said experts a written agreement that they will be bound by the terms of this Protective Order. The requirement of obtaining such an agreement shall be satisfied by having each of Plaintiffs or Defendants' experts read, acknowledge and agree in writing to be bound by this Protective Order. A file of all such written acknowledgments shall be maintained by Plaintiff and/or Defendants' counsel. By signing the declaration agreeing to be bound by this Protective Order, each of Plaintiffs or Defendants' experts submits himself or herself to the jurisdiction of the Court for purposes of enforcement of this Protective Order.

8.     The production or disclosure of documents and materials in the SBI Report, pursuant to the terms of this Order, shall not waive or prejudice the right of any party to object to the production or admissibility of documents or information on any applicable grounds.

9.     This Protective Order shall not prevent any party, or the SBI, from applying to the Court for relief from this Protective Order or from applying to the Court for further or additional Protective Orders, or from agreeing between themselves to modification of this Protective Order, with the concurrence of the SBI and subject to the approval of the Court.

**AGREED TO BY:**

/s/ Jake W. Stewart
Jake W. Stewart
*Attorneys for Defendants*
Cranfill, Sumner LLP
P.O. Box 30787
Charlotte, NC 28230
Email: jstewart@cshlaw.com


/s/ Chance D. Lynch
Chance D. Lynch
*Attorney for Plaintiff*
Lynch Law, PLLC
227 W. Fourth Street, Suite 229
Charlotte, NC 28206
Email: chancelynch@lynchlaw.org

4874-7753-7626, v. 1

/s/ Mario Pacella
Mario Pacella
Bakari Sellers
*Attorneys for Plaintiff*
Strom Law Firm, LLC
6923 N. Trenholm Road
Columbia, SC 29206
Email: mpacella@stromlaw.com
Email: bsellers@stromlaw.com

/s/ Chantel Cherry-Lassiter
Chantel Cherry-Lassiter
*Attorney for Plaintiff*
CCL Law, PLLC
1851 W. Ehringhaus St.
Elizabeth City, NC 27909
Email: chantelcherrylassiter@ccllaw.org

/s/ Jennifer Joy Strickland
Jennifer Joy Strickland
*Deputy General Counsel for the North Carolina State Bureau of Investigation*
North Carolina State Bureau of Investigation
PO Box 29500
Raleigh, North Carolina 27626
Email: jstrickland@ncsbi.gov

*********************

COURT'S APPROVAL AND MODIFICATION

The court hereby GRANTS the parties' Joint Motion for Release of SBI file [DE #14] and APPROVES and ADOPTS the terms of the parties' proposed Consent Protective Order [DE #14-1], subject to the modification made to Paragraph 6 thereof.

This 12th day of May 2023.

KIMBERLY A. SWANK
United States Magistrate Judge

4

4874-7753-7626, v. 1