IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:22-CV-199-BO-KS

| | |
|---|---|
| GREGORY OXENDINE, as Administrator of the Estate of Matthew Oxendine, Plaintiff, <br><br> v. <br><br> GARRET PAUL HUNT, et al., Defendants. | O R D E R |

As the Court has permitted plaintiff leave to amend, [DE 43], his motion for leave to file a second amended complaint [DE 42] is GRANTED. The Clerk of Court is DIRECTED to file the second amended complaint at [DE 42-1]. Defendants' motion for judgment on the pleadings based upon the original complaint [DE 22] is further DENIED AS MOOT.

SO ORDERED, this 14 day of December 2023.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE