UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | | |
|---|---|---|
| GREGORY OXENDINE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **JUDGMENT** |
| | ) | |
| GARRETT PAUL HUNT, BRENT JEFFERSON | ) | 7:22-CV-199-BO-KS |
| CHAVIS, COLIN DEEN HUNT, STEVEN LEWIS, | ) | |
| STEPHEN SHAINE HUNT, and | ) | |
| JASON GEORGE ANDREWS | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

Decision by Court.

**IT IS ORDERED, ADJUDGED AND DECREED** that defendants' motion for summary judgment [DE 48] is GRANTED, defendants' motion to seal [DE 53] is GRANTED, and defendants' motion for leave to manually file [DE 55] is GRANTED

**This case is closed.**

**This judgment filed and entered on September 16, 2024, and served on:**
Mario Pacella (via CM/ECF NEF)
Bakari Sellers (via CM/ECF NEF)
Chance Lynch (via CM/ECF NEF)
L. Chantel Cherry-Lassiter (via CM/ECF NEF)
Jake Stewart (via CM/ECF NEF)

PETER A. MOORE, JR., CLERK

September 16, 2024

  /s/ Lindsay Stouch
By: Deputy Clerk